**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jessica M. Woodley                                CHAPTER 13
                          Debtor(s)

                                                         BKY. NO. 21-11917 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of LSF11 Master Participation Trust and index same on the master mailing list.

                                            Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
09 Sep 2021, 10:20:38, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 117869878800a938cc4724ff536bc85d32534bf39c050ac7dc54d42615a834db