IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-11917-pmm |
| | ) | |
| JESSICA WOODLEY, | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | JUDGE: PATRICIA M. MAYER |
| | ) | |

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF11 Master Participation Trust, a secured creditor holding a Mortgage on real property commonly known as 222 West 46th Street, Reading, PA 19606, to withdraw the following Proof of Claim:

| | |
|---|---|
| Creditor Name: | U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF11 Master Participation Trust |
| Proof of Claim Number: | 5-1 |
| Proof of Claim Filed Date: | September 10, 2021 |
| Secured Claim Amount: | $ 192,138.97 |
| Arrearage Claim Amount: | $ 32,593.48 |

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF11 Master Participation Trust filed the proof of claim in error. Any funds received in error will be returned to the Trustee to remit to the correct creditor.

This _____th day of September, 2021

                                                              /s/Karen A. Maxcy
                                                              Karen A. Maxcy
                                                              Agent for Creditor
                                                              McCalla Raymer Leibert Pierce, LLC
                                                              1544 Old Alabama Road
                                                              Roswell, GA  30076

INTB-18-00964

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 21-11917-pmm |
| ) | |
| JESSICA WOODLEY, ) | CHAPTER 13 |
| ) | |
| DEBTOR. ) | JUDGE: PATRICIA M. MAYER |
| ) | |

CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and correct copy of the foregoing Withdrawal of Proof of Claim to the following registered ECF participants, electronically through the Court's ECF System at the email registered with the Court and to the following via ordinary U.S. Mail as indicated below on this:

*Served by ordinary U.S. Mail*

**Debtor:**

Jessica M Woodley
222 West 46th Street
Reading, PA 19606

*Served Electronically by the Court*

**Trustee:**

Scott F. Waterman (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

**Debtor's Attorney:**

Joseph L Quinn
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street
Suite 101
Pottstown, PA 19464

This _____th day of September, 2021

    /s/Karen A. Maxcy
Karen A. Maxcy
Agent for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA  30076

INTB-18-00964