UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
|     Jessica M Woodley | Bankruptcy No.21-11917-PMM |
| | |
|         Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 30th day of September, 2021, by first class mail upon

those listed below:

Jessica M Woodley
222 West 46th Street
Reading, PA  19606

**Electronically via CM/ECF System Only:**

JOSEPH L QUINN ESQ
ROSS QUINN & PLOPPERT PC
192 S HANOVER STREET, SUITE 101
POTTSTOWN, PA  19464

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee