United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 21-11917-pmm
Jessica M Woodley | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Nov 18, 2021      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica M Woodley, 222 West 46th Street, Reading, PA 19606-3304 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14621302 | + | Apothaker Scian PC, 520 Fellowship Rd #C306, Mount Laurel, NJ 08054-3410 |
| 14621303 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 14621304 | + | Caliber Home Loans, Inc., PO Box 24610, Oklahoma City, OK 73124-0610 |
| 14621307 | + | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |
| 14621310 | | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14624517 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14621311 | + | Fox Rothschild LLP, 747 Constitution Drive, Suite 100, Exton, PA 19341-1297 |
| 14621313 | ++ | MANLEY DEAS KOCHALSKI LLC, ATTN BANKRUPTCY DEPT, 1555 LAKE SHORE DRIVE, COLUMBUS OH 43204-3825 address filed with court:, Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14635284 | | U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 14648936 | + | U.S. Bank Trust National Association, et al, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14635620 | | U.S. Bank Trust National Association, et al., c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14634950 | + | U.S. Bank Trust National Association, not in its i, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 18 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 23:32:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14622006 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 18 2021 23:32:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14621305 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 18 2021 23:32:00 | Credit Acceptance Corporation, Po Box 5070, Southfield, MI 48086-5070 |
| 14621306 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 18 2021 23:32:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14621308 | + | Email/Text: bknotice@ercbpo.com | Nov 18 2021 23:32:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 14621309 | + | Email/Text: ewaldman@exetertownship.com | Nov 18 2021 23:32:00 | Exeter Township, 4975 DeMoss Road, Reading, PA 19606-9060 |
| 14621312 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2021 23:42:30 | LVNV Funding LLC, 15 South Main Street, Suite 500, Greenville, SC 29601-2769 |
| 14632985 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2021 23:42:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, Greenville, SC 29603-0587 |
| 14621313 | | Email/Text: amps@manleydeas.com | Nov 18 2021 23:32:00 | Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14630304 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2021 23:31:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14621314 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2021 23:32:02 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14621472 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 23:32:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14635637 | * | U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:

**Name**    **Email Address**

DANIEL P. JONES
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of LSF11 Master Participation Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

JOSEPH L QUINN
    on behalf of Debtor Jessica M Woodley CourtNotices@rqplaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of LSF11 Master Participation Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Nov 18, 2021 | Form ID: pdf900 | Total Noticed: 31

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of LSF11 Master Participation Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Jessica M Woodley | : | |
| **Debtor** | : | **Bky. No.**  21-11917-pmm |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **November 18, 2021**

*Patricia M. Mayer*
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**