IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Jessica M. Woodley, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 21-11917-pmm |

**CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Jessica M Woodley, Debtor in the above-captioned matter.

2. That an application for compensation was filed by Debtor's attorney on November 24, 2021.

3. A certificate of service was filed with this Court on November 24, 2021 declaring timely service to parties in interest.

4. A certificate of no response to Counsel's application for compensation was filed with this Court on December 22, 2021.

5. As per the dismissal order dated November 18, 2021, Counsel certifies:

    a. No objection has been filed to the proposed compensation payable to Counsel as an administrative expense; and

    b. No additional applications for payment of administrative expenses have been filed.

**ROSS, QUINN & PLOPPERT, P.C.**

BY:   */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 100
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081
JQuinn@rqplaw.com

Date:  December 22, 2021