**Ross, Quinn & Ploppert, P.C.**                                         **Invoice**

192 S. Hanover Street, Suite 101
Pottstown, PA 19464

| | |
|---|---|
| **Invoice #:** | 8014 |
| **Invoice Date:** | 12/23/2021 |
| **Due Date:** | 12/23/2021 |
| **Case Number:** | |

**Bill To:**

Jessica Woodley
222 West 46th Street
Reading, PA 19606

| Serviced | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/7/2021 | Review file and prepare draft petition. | 1.6 | 290.00 | 464.00 |
| 7/8/2021 | Meet with client and review the draft petition and schedules . | 1.8 | 290.00 | 522.00 |
| 7/8/2021 | Scan fee agreement and schedules / make copies. | 0.2 | 290.00 | 58.00 |
| 7/8/2021 | Meet client in office, discuss plan. | 0.2 | 290.00 | 58.00 |
| 7/8/2021 | File petition, schedules. | 0.3 | 125.00 | 37.50 |
| 7/8/2021 | Serve petition, plan etc. | 0.2 | 125.00 | 25.00 |
| 7/13/2021 | Emailed client for list of documents . | 0.2 | 125.00 | 25.00 |
| 7/28/2021 | Docket Pay advice affidavit. | 0.1 | 125.00 | 12.50 |
| 7/30/2021 | Call with client re: docs needed . | 0.1 | 125.00 | 12.50 |
| 8/4/2021 | Review of file, upload to trustee, email to client . | 0.2 | 125.00 | 25.00 |
| 8/5/2021 | Call with client re: 341 & employment status . | 0.3 | 290.00 | 87.00 |
| 8/10/2021 | 341 in my office with client, meet with client after 341. | 0.5 | 290.00 | 145.00 |
| 8/26/2021 | Sent email, text, and voicemail.  Lost contact . | 0.2 | 290.00 | 58.00 |
| 9/10/2021 | Sent another email, tried to call . | 0.1 | 290.00 | 29.00 |
| 11/8/2021 | Review of MFR and Trustee MTD, left vmail. | 0.2 | 290.00 | 58.00 |
| 11/9/2021 | Call with client. Status and motions. | 0.3 | 290.00 | 87.00 |
| 12/6/2021 | Call with client re: car. | 0.2 | 290.00 | 58.00 |

| | | |
|---|---|---|
| | **Total** | $1,761.50 |
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $1,761.50 |

| Phone # |
|---|
| 610-323-5300 |