**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Jessica M. Woodley,** | : | Chapter 13 |
| | : | |
| | : | |
| Debtor. | : | Bky. No. 21-11917 PMM |

# O R D E R

　　　　**AND NOW**, **WHEREAS**:

A. The Debtor's counsel Joseph L. Quinn ("the Applicant") has filed an Application for Allowance of Compensation (doc. no. 29, supplemented by doc no. 32, "the Application").

B. The Application is being considered following the dismissal of this case, consistent with In re Lewis, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

C. The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

D. Reasonable and allowable compensation is allowed to the Applicant in the amount of $1,761.50.

E. It is therefore, **ORDERED** that:

1. The Application is **GRANTED**. The Trustee is authorized to pay counsel **$761.50 (the allowed amount of $1,761.50 minus the $1,000.00 received pre-petition)**.

2. The Chapter 13 Trustee is authorized and directed to distribute the allowed amounts to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

Dated: December 27, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**PATRICIA M. MAYER**
　　　　　　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**