United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 21-11917-pmm |
|---|---|
| Jessica M Woodley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 28, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jessica M Woodley, 222 West 46th Street, Reading, PA 19606-3304 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 23:30:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2021                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of LSF11 Master Participation Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JOSEPH L QUINN | on behalf of Debtor Jessica M Woodley CourtNotices@rqplaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of LSF11 Master |

District/off: 0313-4                           User: admin                                    Page 2 of 2

Date Rcvd: Dec 28, 2021                        Form ID: pdf900                                 Total Noticed: 2

        Participation Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com

STEVEN K. EISENBERG

        on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of LSF11 Master
        Participation Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

<u>**EASTERN DISTRICT OF PENNSYLVANIA**</u>

| | | |
|---|---|---|
| **IN RE: Jessica M. Woodley,** | : | **Chapter 13** |
| | : | |
| | : | |
| **Debtor.** | : | **Bky. No. 21-11917 PMM** |

**O R D E R**

       **AND NOW**, **WHEREAS**:

A.  The Debtor's counsel Joseph L. Quinn ("the Applicant") has filed an Application for Allowance of Compensation (doc. no. 29, supplemented by doc no. 32, "the Application").

B.  The Application is being considered following the dismissal of this case, consistent with <u>In re Lewis</u>, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

C.  The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

D.  Reasonable and allowable compensation is allowed to the Applicant in the amount of $1,761.50.

E.  It is therefore, **ORDERED** that:

    1.  The Application is **GRANTED**.  The Trustee is authorized to pay counsel **$761.50 (the allowed  amount of $1,761.50 minus the $1,000.00 received pre-petition)**.

    2.  The Chapter 13 Trustee  is authorized and directed to distribute the allowed amounts to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

Dated: December 27, 2021

                                    **PATRICIA M. MAYER**
                                    **U.S. BANKRUPTCY JUDGE**